**Wayne Thomas JOHNSON,**
**Plaintiff–Appellant,**

v.

**Sue MEDFORD, Nurse Supervisor at Marion Correctional Institution, in her official and individual capacity; Sid Harkleroad, Superintendent at Marion Correctional Institution, in his official and individual capacity; Angela Twitty, in her official and individual capacity; Jane Doe, in her official and individual capacity, Defendants–Appellees.**

No. 02–6415.

United States Court of Appeals,
Fourth Circuit.

Submitted May 30, 2002.

Decided June 7, 2002.

Wayne Thomas Johnson, Appellant Pro Se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wayne Thomas Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Johnson v. Medford,* No. CA–02–1–1–MU (W.D.N.C. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*